UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| Jean M. Lucas ) | |
| ) | Case No.14-31695 |
| ) | |
| Debtor ) | |
| _____) | |

## ORDER GRANTING MOTION TO AVOID JUDGMENT LIEN ON REAL ESTATE

The Debtor has filed a Motion pursuant to 11 U.S.C. Section 522(f)(1)(A) seeking to avoid the judgment lien of University Auto Mart, Inc. recorded in LB Book 00770, Page 0495 in the office of the Jefferson County Clerk in the following described real property:  4718 Arroyo Trail, Louisville, Kentucky 40229.

IT IS HEREBY ORDERED by the Court that the Motion to Avoid Judgment Lien on Real Estate is GRANTED and said lien is hereby avoided.  The creditor is ordered to release the lien in the office of the Jefferson County Clerk immediately or within 10 days of the date of this Order.

Tendered by:

/s/ Richard A. Schwartz
Richard A. Schwartz
*Attorney for the Debtor*
**KRUGER & SCHWARTZ**
3339 Taylorsville Road
Louisville, KY 40205
(502) 485-9200
rick@ks-laws.com

Joan A. Lloyd
United States Bankruptcy Judge
Dated: August 4, 2014